164 A.3d 404

ANTHONY NIVAR, PLAINTIFF-PETITIONER, v. VIVIAN ZEIK-LEONARD, DEFENDANT-RESPONDENT.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004278–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.